**HAYES PAWLENKO LLP**
Matthew B. Hayes (SBN 220639)
Kye D. Pawlenko (SBN 221475)
mhayes@helpcounsel.com
kpawlenko@helpcounsel.com
595 E. Colorado Blvd., Ste. 303
Pasadena, CA 91101
Tel: (626) 808-4357
Fax: (626) 921-4932

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE DALCHAU and MICHAEL GOODWIN, individuals on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FASTAFF, LLC; U.S. NURSING CORPORATION; and DOES 1 to 10 inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-01584-WHO<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CONDITIONAL CERTIFICATION OF A FLSA COLLECTIVE ACTION**<br><br>Date: December 20, 2017<br>Time: 2:00 p.m.<br>Courtroom: 2 |

0
**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CONDITIONAL CERTIFICATION OF A FLSA COLLECTIVE ACTION**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD;**

**PLEASE TAKE NOTICE THAT** on Wednesday, December 20, 2017 at 2:00 p.m. in Courtroom 2 of the United States District Court for the Norther District of California, located at the 450 Golden Gate Avenue, San Francisco, CA 94102, the Honorable William H. Orrick presiding, Plaintiffs Stephanie Dalchau and Michael Goodwin (together "Plaintiffs") will and hereby do move for an Order conditionally certifying a nationwide Fair Labor Standards Act ("FLSA") collective action pursuant to 29 U.S.C. § 216(b).

In connection with the motion for conditional certification of a FLSA collective action, Plaintiffs respectfully request the following relief:

(1) That the Court conditionally certify, for purposes of providing notice of this action, the following collective:

> All individuals who, at any time within three years prior to the date of conditional certification, worked an assignment pursuant to an Assignment Agreement Letter with Fastaff, LLC, during which they received a housing stipend or in-kind housing, worked in excess of 40 hours in one or more workweeks, and had the value of their housing benefit excluded from their regular rate for purposes of calculating overtime.

(2) That the Court approve the proposed Notice attached hereto as Exhibit A and order its dissemination to the collective via both regular and electronic mail.

(3) That the deadline for members of the collective to opt-in to this lawsuit be set for 120 days from the mailing of the Notice.

(4) That the Court order Defendants Fastaff, LLC and U.S. Nursing Corporation to provide Plaintiffs, within 14 days of granting conditional certification, the contact information – including the names, last known addresses, telephone numbers and e-mail addresses – for all putative members of the collective.

1
**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CONDITIONAL CERTIFICATION OF A FLSA COLLECTIVE ACTION**

1  This motion is made on the ground that all of the requirements for FLSA conditional certification are satisfied, and the proposed Notice and proposed plan for dissemination thereof will provide accurate and timely notice concerning the pendency of this lawsuit so that members of the collective can make informed decisions about whether to participate.

This motion is based upon this Notice, the Memorandum of Points & Authorities, the declarations of Matthew B. Hayes, Stephanie Dalchau, and Michael Goodwin and exhibits attached thereto, the [Proposed] Order, the other records filed in this action, and any other evidence that may be presented to the Court at the hearing on these motions.

DATED:  November 15, 2017			**HAYES PAWLENKO LLP**

By: /s/Matthew B. Hayes            .
    MATTHEW B. HAYES
    Attorneys for Plaintiff

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CONDITIONAL CERTIFICATION OF A FLSA COLLECTIVE ACTION**