# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** January 10, 2018  **Time:** 14 minutes  **Judge:** WILLIAM H. ORRICK

**Case No.**: 17-cv-01584-WHO  **Case Name:** Dalchau  v.  Fastaff, LLC

**Attorney for Plaintiff:** Matthew Hayes
**Attorney for Defendant:** John Battenfield

**Deputy Clerk:** Melinda K. Lozenski  **Court Reporter:** FTR 2:11-2:25

## PROCEEDINGS

Motion to Certify Class (docket no. 32) - held.

## SUMMARY

The Court is inclined to grant the motion for conditional class certification.

Parties shall meet and confer on a draft notice with any unresolved changes or issues also reflected. The draft notice shall be submitted to the Court within one week. The opt-in period will be 95 days.

A written order will issue on the motion.