**HAYES PAWLENKO LLP**
Matthew B. Hayes (SBN 220639)
Kye D. Pawlenko (SBN 221475)
mhayes@helpcounsel.com
kpawlenko@helpcounsel.com
595 E. Colorado Blvd., Ste. 303
Pasadena, CA 91101
Tel: (626) 808-4357
Fax: (626) 921-4932

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE DALCHAU and MICHAEL GOODWIN, individuals on behalf of themselves and others similarly situated,<br><br>            Plaintiffs,<br><br>     vs.<br><br>FASTAFF, LLC; U.S. NURSING CORPORATION; and DOES 1 to 10 inclusive,<br><br>            Defendants. | CASE NO. 3:17-cv-01584-WHO<br><br>**COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:        March 28, 2018<br>Time:       2:00 p.m.<br>Courtroom: 4 |

0
**COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs hereby submit the following evidence in support of the motion for Rule 23 class certification:

**TABLE OF CONTENTS**

**Evidence** **Exh. No.**

Declaration of Matthew B. Hayes……………….....……………………………….....…1

Declaration of Stephanie Dalchau…………………….…………………………….….2

Excerpts from Deposition of Vice President of Administration, Kimberly Windsor……..3

Excerpts from Deposition of Payroll Manager, Allison Strong………....................……….4

Excerpts from Deposition of Vice President of Recruitment, Michelle Savell…………….5

Excerpts from 2015 Employee Handbook………………………..…………....………6

Excerpts from 2017 Employee Handbook………………………………..……......….7

Assignment Agreement Letter templates prior to 2017 housing policy modification………8

Assignment Agreement Letter signed by Stephanie Dalchau……...……………......………9

Timesheet Instructions…………………………………………….………….………10

May 17, 2017 E-mail announcing housing policy modification……………..………….11

Assignment Agreement Letter template effective November 16, 2017…………….....……12

Excerpts from Responses to Request for Admissions (Set One)…...………………...…….13

Excerpts from Responses to Interrogatories (Set Three)……………………………....14

Wage Statement for Stephanie Dalchau………………………………………….….15

Excerpts from Deposition of Stephanie Dalchau……………………………………....…17

DATED:  January 12, 2018            **HAYES PAWLENKO LLP**

                                    By:/s/Matthew B. Hayes           .
                                       MATTHEW B. HAYES
                                       Attorneys for Plaintiff

---

1
**COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**