**HAYES PAWLENKO LLP**
Matthew B. Hayes (SBN 220639)
Kye D. Pawlenko (SBN 221475)
mhayes@helpcounsel.com
kpawlenko@helpcounsel.com
595 E. Colorado Blvd., Ste. 303
Pasadena, CA 91101
Tel: (626) 808-4357
Fax: (626) 921-4932

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE DALCHAU and MICHAEL GOODWIN, individuals on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FASTAFF, LLC; U.S. NURSING CORPORATION; and DOES 1 to 10 inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-01584-WHO<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>Date: May 1, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2 |

0
**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** on May 1, 2019 at 2:00 p.m. in Courtroom 2 of the United States District Court for the Norther District of California, located at the 450 Golden Gate Avenue, San Francisco, CA 94102, the Honorable William H. Orrick presiding, Plaintiffs Stephanie Dalchau and Michael Goodwin (together "Plaintiffs") will and hereby do move for entry of an Order:

1. Preliminarily approving the terms of the Joint Stipulation of Class and Collective Action Settlement ("Settlement") – which is submitted concurrently herewith as Exhibit 2 to the Compendium of Evidence – as fair, reasonable, and adequate;

2. Approving the manner and content of the notice of settlement prescribed by the Settlement as constituting the best notice practicable under the circumstances and in compliance with the requirements of due process;

3. Appointing CPT Group, Inc. ("CPT") as the settlement administrator, preliminarily approving settlement administration costs of up to $42,000, and directing CPT to disseminate notice in accordance with the Settlement; and

4. Scheduling a final fairness hearing on the question of whether the proposed Settlement should be finally approved.

The motion is unopposed by Defendant and will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Compendium of Evidence filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: March 27, 2019                     **HAYES PAWLENKO LLP**

                                                                 By: /s/Matthew B. Hayes
                                                                     MATTHEW B. HAYES
                                                                     Attorneys for Plaintiffs