**HAYES PAWLENKO LLP**
Matthew B. Hayes (SBN 220639)
Kye D. Pawlenko (SBN 221475)
mhayes@helpcounsel.com
kpawlenko@helpcounsel.com
595 E. Colorado Blvd., Ste. 303
Pasadena, CA 91101
Tel: (626) 808-4357
Fax: (626) 921-4932

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE DALCHAU and MICHAEL GOODWIN, individuals on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>FASTAFF, LLC; U.S. NURSING CORPORATION; and DOES 1 to 10 inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-01584-WHO<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>Date:  October 16, 2019<br>Time:  2:00 p.m.<br>Courtroom:  2 |

0
**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on October 16, 2019 at 2:00 p.m. in Courtroom 2 of the United States District Court for the Norther District of California, located at the 450 Golden Gate Avenue, San Francisco, CA 94102, the Honorable William H. Orrick presiding, Plaintiffs Stephanie Dalchau and Michael Goodwin (together "Plaintiffs") will and hereby do move for entry of an Order granting final approval of the Joint Stipulation of Class and Collective Action Settlement ("Settlement") submitted at Docket No. 98-5.  Good cause exists for granting final approval of the Settlement in that the Settlement is fair, reasonable, and adequate.

The motion is unopposed by Defendants and will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the declarations filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED:  September 11, 2019        HAYES PAWLENKO LLP

                                                By:/s/Matthew B. Hayes
                                                   MATTHEW B. HAYES
                                                   Attorneys for Plaintiffs